UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANONYMOUS,<br><br>                    Petitioner,<br><br> -against-<br><br>MARK MILLER, Superintendent Green Haven Correctional Facility,<br><br>                    Respondent. | 24-CV-1360 (RA)(RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 22, 2024, Petitioner, through counsel, filed a habeas corpus petition under 28 U.S.C. § 2254. (ECF 1.) On March 6, 2024, the Court ordered Respondent Miller to answer the petition by May 6, 2024, and directed Petitioner to file any reply within 30 days from the date he is served with Respondent's answer. (ECF 5.)

Petitioner sent a declaration dated March 18, 2024 (and attached exhibits) directly to the Chambers of Judge Ronnie Abrams, which declaration is attached hereto as Exhibit A.[1] The declaration requests that his petition be held in abeyance while he fully exhausts his state court process for resentencing. In his communication with the Court, Petitioner identifies himself as a pro se litigant.

Petitioner's counsel is ordered to provide, no later than April 19, 2024, a status update addressing the stay request and the status of counsel's representation of Petitioner.

DATED:  April 15, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

---

[1]  Petitioner's name is disclosed in this communication, and he is seeking to proceed anonymously. Accordingly, The Clerk of Court is respectfully directed to seal Exhibit A restricting access only to the parties for the time being.