UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANONYMOUS,

                Petitioner,

  -against-

MARK MILLER, Superintendent Green Haven Correctional Facility,

                Respondent.

24-CV-1360 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The Court received an ex parte communication from Petitioner dated May 8, 2024, attached as Exhibit A to this Order. The communication is intended keep the Court "abreast of the procedural history with respect[] to [Petitioner's] attempts to exhaust the claims referenced in [Petitioner's] Stay and Abeyance Petition" and includes letters from the Petitioner to the Bronx County Supreme Court and Bronx County District Attorney's Office. *See* Ex. A, at 1. The ex parte communication discloses the Petitioner's identity.

       Until the issue as to whether Petitioner may proceed in this action anonymously is resolved, Petitioner's ex parte communication will remain temporarily sealed. (*See* ECF Accordingly, the Clerk of Court is respectfully directed to file Exhibit A under seal limiting access only to court personnel and the parties in this action.

DATED:  May 31, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge