UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANONYMOUS,

                Petitioner,

  -against-

MARK MILLER, Superintendent Green Haven Correctional Facility,

                Respondent.

24-CV-1360 (RA) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Having been informed by counsel for Petitioner that Petitioner has exhausted his state court motion pursuant to section 440.20 (*see* ECF 30), I am lifting the stay in this case (ECF 24). Accordingly, Respondent's time to answer the Petition begins to run, and Respondent's answer is due by **June 11, 2025**.

DATED: May 28, 2025
             New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge