UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANONYMOUS,

                Petitioner,

  -against-

MARK MILLER, Superintendent Green Haven Correctional Facility,

                Respondent.

24-CV-1360 (RA) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On September 19, 2025, Respondent filed their Answer in Opposition to Petition for a Writ of Habeas Corpus filed by Petitioner and an accompanying Memorandum of Law. (ECF 38; ECF 39.)

    By **September 26, 2025**, Petitioner's counsel shall serve Respondent's Answer and Memorandum of Law and a copy of this order on Petitioner personally. Petitioner's counsel shall file proof of such service by **September 26, 2025**. Petitioner's deadline to file any reply papers in further support of the Petition for a Writ a Habeas Corpus shall be **thirty days** from the date of service by Petitioner's counsel.

DATED: September 22, 2025
       New York, NY

SO ORDERED.

_/s/ Robyn F. Tarnofsky_
**ROBYN F. TARNOFSKY**
United States Magistrate Judge