UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANONYMOUS,<br><br>           Petitioner,<br><br>  -against-<br><br>MARK MILLER, Superintendent Green Haven Correctional Facility,<br><br>           Respondent. | 24-CV-1360 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 15, 2024, I granted Petitioner's reconsideration motion and ordered that all filings on the docket be sealed, with access limited to case participants and court personnel, to avoid potential harm to Petitioner from disclosure of identifying information. (ECF 29, Opinion & Order at 12-15.) Accordingly, the Clerk of Court is respectfully requested to seal the following docker filings and any accompanying exhibits: **ECF 38, ECF 39, and ECF 45**.

DATED:  November 10, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge